# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| PENNY WEBER and MILDRED STOCKWELL, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>WALMART, INC.,<br><br>    Defendant. | Case No. 3:22-cv-02509-DWD |

## PLAINTIFF'S RULE 41(a)(1)(A) NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AGAINST DEFENDANT WALMART, INC.

Plaintiffs, by undersigned Counsel, hereby voluntarily dismiss this action, without prejudice, against Defendant Walmart, Inc., pursuant to Fed. R. Civ. P. 41(a)(1)(A).

Date: December 21, 2022          Respectfully Submitted,


_____
Bryan J. O'Connor
**WHITESIDE & GOLDBERG, LTD.**
155 N. Michigan Ave. - Suite 540
Chicago, IL 60601
Phone: (312) 334-6875
Fax: (800) 334-6034

William M. Audet (SBN 117456)
Ling Y. Kuang (SBN 296873)
Kurt D. Kessler (SBN 327334)
**AUDET & PARTNERS, LLP**

1

711 Van Ness, Suite 500
San Francisco, CA 94102-3229
Telephone: 415.568.2555
waudet@audetlaw.com
lkuang@audetlaw.com
kkessler@audetlaw.com

*Counsel for Plaintiff and Proposed Class*